## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **JENNIFER C. DAUGHERTY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06CV00074 |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | By: James P. Jones |
| **COMMISSIONER OF** | ) | Chief United States District Judge |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

*H. Ronnie Montgomery, Montgomery Kinser Law Offices, Jonesville, Virginia, for Plaintiff; Sara Bugbee Winn, Assistant United States Attorney, Roanoke, Virginia, Michael McGaughran, Regional Chief Counsel, and Anne von Scheven, Assistant Regional Counsel, Region III, Social Security Administration, Philadelphia, Pennsylvania, for Defendant.*

The plaintiff has filed a Motion to Reconsider and Amend the Final Judgment, by which the plaintiff requests the court pursuant to Federal Rule of Civil Procedure 59(e) to set aside its judgment entered in this case on October 22, 2007. That judgment affirmed the final decision of the Commissioner of Social Security denying the plaintiff's claim for disability insurance and supplemental security income benefits under the Social Security Act. *Daugherty v. Astrue*, 123 Soc. Sec. Rep. (CCH) 542 (W.D. Va. 2007).

As the basis for her motion, the plaintiff attacks the Commissioner's decision by way of arguments that she could have made before judgment, but did not. Rule 59(e) does not permit reconsideration on such a basis. *See Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co.*, 148 F.3d 396, 403 (4th Cir. 1998).

Accordingly, it is **ORDERED** that the plaintiff's motion (Dkt. No. 22) is DENIED.

ENTER: November 5, 2007

/s/ JAMES P. JONES
Chief United States District Judge

- 2 -